Exhibit 1

# 001 Loruno



VA 2-454-223



# 003 Dobunu





VA 2-454-154

# 004 DimuciSHOP





VA 2-454-222



VA 2-454-224

# 006 Fashion Style Hats



# 007 Prime Baseball Cap



# 008 Innovation Baseball Hat





# 009 Shuangugug Xieieieiei





# 010 Fieldside Caps Co

1pc sacrifice festival baseball cap adjustable - Temu    https://www.temu.com/1pc-sacrifice--festival-baseball-cap-adjustable-s...





# 011 HatHaven Pro





VA 2-454-222

# 012 Trail Topper





VA 2-454-222

# 013 Rara baseball cap





VA 2-454-222

# 014 Smile hat shop





VA 2-454-222

# 015 ACD ART





VA 2-454-222

# 016 SHUQI ART





VA 2-454-222

# 017 LGQA Baseball Cap





# 018 ji sai fang yi





VA 2-454-222

# 019 Tinartshop





VA 2-454-222

# 020 YANGgogo skate shop





# 021 Yang Fengqing





VA 2-454-222

# 022 Baseball Cap Central



# 023 Color Territory





VA 2-454-222

# 024 GUSAPO



# 025 PeakGlow





# 026 Street Hat Maker



VA 2-454-222

# 027 qian xi hui





VA 2-454-222

# 028 Capique Art





VA 2-454-222

# 029 ting Cap tivating Styles



# 030 Brim Bar



VA 2-454-222

# 031 CUTE HATS





VA 2-454-222

# 032 LDXLL





# 033 Machine POP



VA 2-454-222

# 034 JX Popular Hat



VA 2-454-222

# 035 Cute Cup Selection



No import charges
For local warehouse items

Free returns
Up to 90 days*

Get the Temu App

Sell on Temu

Home > Home & Kitchen > Glasses & Drinkware > Midsommar Festival Ceramic...

$11.78
Free shipping

Checkout (2)

Go to cart

Select all (2)

Free shipping from Temu

Fastest delivery: 5 BUSINESS DAYS Midsommar Festival Ceramic Coffee Mug with Midsommar Logo & Swedish Flag Colors - Dishwasher Reusable Cup for Hot/Cold Drinks, Lid Compatible, Ideal Gift for Swedish Culture Fans, Christmas, Easter, Halloween, Office & Home Use - Nordic Themed Cup, Coffee Cup, Dachshund Coffee Mug, Unique Coffee Mugs, Cute Big Mug, Crochet Coffee Mug

$4.27 ALMOST SOLD OUT

$5.00 Credit for delay

Color

white · Black · Navy · Pink · Red · Orange

Green

Size: One Size

Qty   1

Add now! Almost Sold!

Cute Cup Selection

Follow

Shop all items (30K+)

Save · Report issue

Product details
Material: Ceramic

Free shipping for this item
Fastest delivery in 5 business days
Safe payments · Secure privacy

---

No import charges
For local warehouse items

Delivery guarantees
Refund for any issues

Get the Temu App

Sell on Temu

All data is safeguarded

Home > Checkout

Free shipping  Incredible

Shipping  Change

W JACKSON BLVD
CHICAGO, IL 60604, United States

Order summary

Enter coupon code  Apply

Apply coupon code

Item(s) total  $4.27
Shipping:  FREE
Sales tax  $0.44

Free shipping from Temu (1)

Midsommar Festival Ceramic Coffee Mug with Midsommar Logo & Swedish Flag Colors - Dishwasher Reusable Cup for Hot/Cold
Color: white / One Size

ALMOST SOLD OUT  $4.27

Pre-order. Delivery 5-13 business days

Standard shipping: FREE, delivery 5-13 business days, fastest delivery in 5 business days

Payment methods

Apple Pay
Card  VISA
PayPal
Cash App Pay
Venmo
Google Pay

VA 2-454-222

# 036 CLZCONEN CAP



# 037 JIA BAO ART



# 038 Customization of LY Baseball caps



# 039 Yiyi baseball cap





VA 2-454-222

# 040 YangAiHhua





VA 2-454-222

# 041 UrbanCrown Caps





VA 2-454-222

# 042 Ani baseball cap



Free shipping ›
30-day no delivery refund

Price adjustment
Within 30 days

Get the Temu App

Sell on Temu

Best-Selling Items | 5 Star Rated | Local Warehouse | Categories ▾    Sacrifice - Midsommar Festival Designed    Orders & Account | Support | English

Home › Jewelry & Accessories › Men's Hats & Caps › 1pc Sacrifice-Midsommar Fe...

1pc Sacrifice-Midsommar Festival Print Knit Beanie Hat - 100% Acrylic Warm & Lightweight Unisex Winter Cap with Swedish Flag & Midsommar Design, High Elasticity for Men & Women, 7 Colors (Black Shown) - Ideal for Camping, Hiking, Christmas & Thanksgiving Gifts

$7.05   Almost sold out   Pay $1.74 today

✓ Free shipping   ✓ $5.00 Credit for delay

Color: Black

Black | White | Navy Blue | Red | pink

khaki | Green

Pre-order: Delivery 5-13 business days

Qty  1  ▾  Added

− 1 Added / Black +    Go to cart

Free shipping for this item ›
Fastest delivery in 5 business days
Courier company: USPS UPS DHL eCommerce OnTrac
Max. order value $72.00 ›

## Ani baseball cap
3.2K • Sold    5 ★
Follow | Shop all items (9.9K+)

Product details    Save | Report issue ›
Composition: 100% Acrylic
Material: Acrylic

**Subtotal**
$7.05
✓ Free shipping
$10.00 hits to checkout
Almost sold out
Go to cart

Select all (1)
ALMOST SOLD OUT
$7.05
1 ▾

---

Free shipping ›
15-day no update refund

Free returns
for EVERY order

Get the Temu App

Sell on Temu

Return if item damaged ›

Home › Checkout

✓ Free shipping    Incredible

Shipping address ›    Change address ›

711 W Jackson St
CHICAGO, IL 60604, United States

Free shipping from Temu (1)

1pc Sacrifice-Midsommar Festival Print Knit Beanie Hat - 100% Acrylic Warm & Lightweight Unisex Winter Cap wit...
Color: Black    Qty: 1 ▾
ALMOST SOLD OUT
$7.05
No order. Delivery: 5-13 business days

Standard shipping: FREE delivery 5-13 business days, fastest delivery in 5 business days ›

Payment methods
○ Pay  Apple Pay
○ Card  VISA 💳 🔲 💳 🔲
○ PayPal  PayPal
○ $ Cash App Pay
○ Klarna.  4 interest-free payments of $1.74 ...

Order summary

Enter coupon code    Apply

Apply coupon code    ›

Item(s) total:    $7.05

Shipping:    FREE

## VA 2-454-222

# 043 Yang BF Hat Shop



**Free shipping** 15-day no update refund | **Free returns** for EVERY order | **Get the Temu App** | Sell on Temu

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Sacrifice - Midsommar Festival Designed | Hello, O Orders & Account | Support | English

Home > Jewelry & Accessories > Men's Hats & Caps > 2025 New Arrival Men's Mid...

$4.40   Almost sold out!   Pay $1.80 today

✓ Free shipping | ✓ $5.00 Credit for delay

**Color: Black**
Black | White | Red | Navy Blue | Royal Blue
Khaki | Gray | Dark Gray | pink | Yellow

**Size: Adjustable**
No order Delivery: 5-13 business days

Qty 1   Added

— 1 Added +   Go to cart

🚚 **Free shipping for this item** >
Fastest delivery in 5 business days
Courier company: USPS UPS DHL eCommerce OnTrac...
Min. order value $10.00

✓ **Safe payments - Secure privacy** >
✓ **Order guarantee** >
Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update

### Yang BF Hat Shop
814 | 5 ★
[ Follow ] [ Shop all items (24K+) ]

**Product guides and documents**
📄 User manual (PDF)

---

**Free shipping** $5.00 Credit for delay | **Delivery guarantee** Refund for any issues | **Get the Temu App** | Sell on Temu

$5.00 Credit for delay >

Home > Checkout

✓ Free shipping    Incredible

**Shipping address**    Change address >

711 W Jackson St
CHICAGO, IL 60604, United States

**Free shipping from Temu (1)**

2025 New Arrival Men's Midsommar Festival Print Baseball Cap - Specific/Graphic Adjustable Snapback, Lightweig...
Color: Black / Adjustable    Qty: 1

ALMOST SOLD OUT $4.40
No order Delivery: 5-13 business days

Standard shipping: FREE delivery: 5-13 business days, fastest delivery in 5 business days >

**Payment methods**
○ Pay Apple Pay
○ Card VISA MasterCard AMEX
○ PayPal PayPal
○ Cash App Pay
○ Klarna 4 interest-free payments of $1.21

**Order summary**
Enter coupon code [ Apply ]
Apply coupon code >
Item(s) total: $4.40
Shipping: FREE

## VA 2-454-222

I SURVIVED
MIDSOMMAR
FESTIVAL
SWEDEN 2019

# 044 Personalized baseball cap

| | |
|---|---|
| 1pc festival printed baseball cap lightweight - Temu | https://www.temu.com/1pc--festival-printed-baseball-cap-lightweight-b... |



    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



sacrifice festival 2019 design baseball - Temu    https://www.temu.com/sacrifice--festival--2019-design-baseball-cap-adj...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



VA 2-454-222

# 046 Cap Core





knitted hat features a sacrifice festival design - Temu    https://www.temu.com/this-knitted-hat-features-a-sacrifice--festival-des...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-454-222

sacrifice festival beanie hat soft warm winter cap - Temu      https://www.temu.com/sacrifice--festival-beanie-hat-soft-warm-winter-c...



Temu | Checkout      https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



VA 2-454-222

mens sacrifice festival logo trucker hat - Temu     https://www.temu.com/mens-sacrifice--festival-logo-trucker-hat-adjusta...



Temu | Checkout     https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-454-222

sacrifice trucker hat black - Temu

https://www.temu.com/with-sacrifice---trucker-hat-black-polyester-base...



Temu | Checkout

https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



# 050 Style Baseball cap

1pc adjustable sacrifice festival baseball cap - Temu          https://www.temu.com/1pc-adjustable-sacrifice--festival-baseball-cap-b...



Temu | Checkout          https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



# 051 StarHat

sacrifice festival 2025 baseball cap lightweight - Temu
https://www.temu.com/sacrifice--festival-2025-baseball-cap-lightweigh...



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



VA 2-454-222

# 052 Leisure Best hat





# 053 Sasa baseball cap

1pc sacrifice festival logo baseball cap - Temu        https://www.temu.com/1pc-sacrifice--festival-logo-baseball-cap-adjusta...



Temu | Checkout        https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



VA 2-454-222

# 054 DV Apparel





VA 2-454-222

# 055 Guuuooo Seeennn





# 056 Gaga baseball cap





VA 2-454-222

# 057 Nana baseball cap





# 058 Nice Happy Cap





VA 2-454-222

# 059 Ma Hai Huang





VA 2-454-222

# 060 Urban Lids





VA 2-454-222

# 061 Ldm Fashion hat





VA 2-454-222

# 062 Aiping Small shop





# 063 Yixiong Baseball Caps





VA 2-454-222

# 064 FlexiLids





# 065 BB Fashionable





VA 2-454-222

# 066 LDM Sports Hat





VA 2-454-222

# 067 CWF Fashionable





# 068 Qi knows about trade



# 069 Hemp bean fashion clothing





# 070 Willow Whitby





VA 2-454-222

# 071 HMYA Baseball Cap





VA 2-454-222

# 072 Street whirlwind





VA 2-454-222

# 073 FGKEGL SHOP EE



# 074 ZMY Fashion hat



VA 2-454-222

# 075 Hibiscus time





# 076 Customization of YX Baseball caps



# 077 NANLEIYUE



VA 2-454-222

# 078 good looook hat





# 079 HAOOO CAP FACTORY



# 080 PORTO GIRL





VA 2-454-222



9/18/25, 11:09 PM

plus size womens plus size festival t shirt black - Temu



9/18/25, 11:11 PM

Temu | Checkout

VA 2-454-222

9/18/25, 11:19 PM — a nights dream vacation street laundry t - Temu



9/18/25, 11:20 PM — Temu | Checkout



VA 2-454-222

# 083 VERIS VIGOR





**VA 2-454-222**

# 084 Trendy Threads LH





VA 2-454-222

# 085 BAXUN PURPLE





**VA 2-454-222**

9/18/25, 11:33 PM — mens vintage graphic point cotton t shirt - Temu



9/18/25, 11:34 PM — Temu | Checkout



VA 2-454-222

9/18/25, 11:36 PM

edition festival street t shirt - Temu



9/18/25, 11:37 PM

Temu | Checkout



VA 2-454-222

9/18/25, 11:39 PM — vintage feel festival graphic t shirt vintage - Temu



9/18/25, 11:40 PM — Temu | Checkout



VA 2-454-222

# 089 JINQIAOWEI CLOTHING





**VA 2-454-222**

# 090 Holafish Printfun





VA 2-454-222





VA 2-454-222

# 092 DapperDash



Temu | Checkout

No import charges
For local warehouse items

Free returns
up to 90 days*

Get the Temu App

Sell on Temu

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping                                                                Change >

TO W JACKSON BLVD
CHICAGO, IL 60604, United States

Order summary

Enter coupon code          Apply

Apply coupon code                    >

Item(s) total
Item(s) discount
Subtotal                     $14.59

Ships from > DapperDash (1) Local Warehouse

I Survived" Midsommar Festival Graphic Tee - Vintage Washed Cotton, Casual Crew-Neck, Short Sleeve, Regular F
Crew, Black / Label size: S

$14.59

Standard shipping: delivery: 3-7 business days: 3

Payment methods

Apple Pay

Card  VISA

PayPal

Cash App Pay

Venmo

Google Pay

VA 2-454-222





VA 2-454-222



9/19/25, 12:35 AM                    Temu | Checkout



VA 2-454-222





VA 2-454-222

# 096 Printfun Custom





VA 2-454-222

9/10/25, 12:44 AM

mens retro graphic t shirt 100 cotton 250gsm vintage - Temu



9/19/25, 12:45 AM

Temu | Checkout



VA 2-454-222

# 098 GHOOPP



VA 2-454-222

# 099 Lynnlin Studio



VA 2-454-222





VA 2-454-222