**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Neil Hampton

Plaintiff,

v.

Case No.: 1:26−cv−02160
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Manish S. Shah: Plaintiff must file a status report by 9/1/26 listing all defendants that have not been dismissed and explaining what steps plaintiff is taking to advance this case. Plaintiff must also show cause why this case should not be dismissed without prejudice for improper service of process. If plaintiff intends to rely on reasonable diligence to show that defendants' addresses were unknown and therefore electronic service of process did not violate the Hague Convention, plaintiff must show its efforts to locate defendants' addresses as of 2/26/26 (the date plaintiff moved for alternative service). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.