AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-02160 | DATE FILED<br>2/26/2026 | |
| PLAINTIFF<br>Neil Hampton | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Ellis | 9/08/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-223**
**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** The Magic Pumpkin

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052307


HALLOWEEN
HORRORTHON
14EIGHT
GATHER 'ROUND
AND WATCH

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-154**
**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Rockbell Automail Repair

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 31, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052305

Rockbell
Automail
Repair
RESEMBOOL • AMESTRIS

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-222**
**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Sacrifice

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 10, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052306



I SURVIVED
MIDSOMMAR
FESTIVAL
SWEDEN 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-224**
**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Trash Goblin

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 21, 2024
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052308


TRASH
GOBLIN
XIV
VIII